IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Swallow, Joseph, | ) | Case No. 08-10315-NLJ (b) |
| Swallow, Billee, | ) | Chapter 7 |
| Debtors. | ) | |

## PAYMENT OF FUNDS TO THE CLERK
## PURSUANT TO BANKRUPTCY RULE 3010

The trustee reports that all orders of the court have been complied with and that pursuant to the Amended Trustee's Final Report and Proposed Distribution, all additional dividend checks have been issued and mailed to creditors at their last known addresses.

The claim distributions listed on the attached report entitled Dividends Remitted To The court have not mailed for the reason that the additional dividend to be paid to each creditor is under $5.00. Accompanying this report is a check payable to the Clerk of the Court for the total amount of $6.11, which is paid in accordance with Rule 3010 of the Federal Rules of Bankruptcy Procedure.

/s/ G. David Bryant, Trustee
G. David Bryant, Trustee
KLINE, KLINE, ELLIOTT & BRYANT, P.C.
720 NE 63rd Street
Oklahoma City OK 73105
(405) 848-4448
(405) 842-4539- fax

Date: 03/18/10                                                                                                                    Page:

## DIVIDENDS REMITTED TO THE COURT

Check Number 1026 Dated 03/18/10

Case Number 08-10315 - SWALLOW, JOSEPH LEN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| GPRMC<br>PO Box 2339<br>Elk City OK 73648-2339<br>#7230 | 000005 | 148.93 | 1.30 |
| OG&E Electric Services<br>Attn Abbey Campbell, MC-M223<br>PO box 321<br>Oklahoma City, OK 73101-0321<br>#127661734-5 | 000006 | 132.52 | 1.15 |
| CITY OF ENID<br>PO Box 1768<br>Enid OK 73702<br>291450.101 | 000008 | 128.91 | 1.12 |
| ATT Mobility LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221<br>xxxxx8393 | 000012 | 290.84 | 2.54 |
| ---------- Remittance Total ---------- | | 701.20 | 6.11 |

_G. David Bryant signature_

G. DAVID BRYANT, TRUSTEE